# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
136-18 39th Avenue, Suite 1003
Flushing, New York 11354
Tel: (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

August 31, 2017

Attn: Torkian

## CONFIDENTIAL

_____

For professional Services rendered through the period ending August 31, 2017:

| Date | Attorney | Description | Hours | |
|---|---|---|---|---|
| 10/31/16 | J. Hang | Talk with potential client about the case facts and research on defendant individual and corporate defendant and their assets and litigation history. | 3.3 | |
| 11/2/16 | J. Hang | Research on the various claims under federal and New York state law, and draft the complaint. Revise the complaint and draft summons, civil cover sheet and file the complaint in the court. | 6.5 | |
| 11/3/16 | J. Hang | Review the court order, print out the complaint and summons and arrange to serve defendants. | 0.5 | |
| 11/4/16 | J. Hang | Talk to client about case development and talk with NY service of process company about service | 0.9 | |
| 11/7/16 | J. Hang | Review court order | 0.1 | |
| 11/9/16 | W. Brown | Review case files, discussions with client | 1.0 | |
| 11/15/16 | W. Brown | Discussion with Opposing counsel regarding waiver of service | 0.5 | |
| 12/1/16 | W. Brown | Notice of Appearance | 0.2 | |
| 1/4/17 | W. Brown | Letter motion to adjourn conference | 0.4 | |
| 1/12/17 | W. Brown | Review court order | 0.1 | |
| 2/8/17 | W. Brown | Pretrial statement, Discussion with opposing counsel, review answer | 3.8 | |
| 2/9/17 | W. Brown | Discussions with client, creation of damage calculations | 2.5 | |
| 2/23/17 | W. Brown | Initial Disclosures, Discussions with client, preparation of documents and bates. | 2.6 | |
| 4/20/17 | W. Brown | Discussions with Client and opposing counsel, corrections to damage calculation due to new information | 1.7 | |
| 5/8/17 | W. Brown | Settlement discussions with opposing counsel and client | 1.2 | |
| 5/9/17 | W. Brown | Letter to court draft regarding settlement agreement | 0.3 | |

# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-18 39th Avenue, Suite 1003
Flushing, New York 11354
Tel: (718) 353-8588
Fax: (718) 353-6288
FED. I.D. NO. 46-1941328

| 7/7/17 | W. Brown | Settlement agreement draft, discussions with opposing counsel and client | 3.6 | |
|---|---|---|---|---|
| 7/11/17 | W. Brown | Discussions with opposing counsel and client, finalization of settlement agreement. Meeting with client for signing. | 2.7 | |
| 8/25/17 | W. Brown | Client W9 discussion and explanation | 0.5 | |

**ATTORNEY/PARALEGAL SUMMARY**

| Timekeeper | **Hours Worked** | **Billed Per Hour** | **Bill Amount** |
|---|---|---|---|
| J. Hang | **11.3** | **400** | **$4,520.00** |
| W. Brown | **21.1** | **375** | **$7,912.50** |

**Filing fee: $400.00**
**Process Server Fee: $200.00**
**Total This Invoice**                                            $13,032.50